STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAJORWAGER.COM, INC., an Ontario, Canada corporation,<br><br>Defendant. | Case No.: 2:10-cv-0484-RCJ-LRL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;
2. SI Content Monitor LLC, an Arkansas limited-liability company;
3. Net Sortie Systems, LLC, a Nevada limited-liability company.

1

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated 25th day of May, 2010.

                              RIGHTHAVEN LLC

                              By: /s/ J. Charles Coons

STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff