SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>MAJORWAGER.COM, INC., an Ontario, Canada corporation,<br><br>                    Defendant. | Case No.: 2:10-cv-0484-GMN-LRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS AWARDED TO ANY PARTY** |

   Plaintiff, Righthaven LLC ("Righthaven") and Defendant, MajorWager ("MajorWager"; collectively with Righthaven known herein as the "Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against MajorWager and Russ Hawkins in the above-captioned matter and without costs or attorneys' fees awarded to any party.

1

WHEREFORE, the Parties respectfully request this Court enter an Order dismissing the above-captioned action filed against MajorWager with prejudice.

Dated this twelfth day of January, 2011.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Submitted by:

| RIGHTHAVEN LLC | LEWIS AND ROCA LLP |
|---|---|
| /s/ J. Charles Coons | /s/Jonathan W. Fountain |
| J. Charles Coons, Esq. | Michael J. McCue, Esq. |
| 9660 West Cheyenne Avenue, Suite 210 | Jonathan W. Fountain, Esq. |
| Las Vegas, Nevada 89129-7701 | 3993 Howard Hughes Pkwy., Suite 600 |
| *Attorneys for Plaintiff Righthaven LLC* | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant Majorwager* |